IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEOTIS CARTER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:16cv736-MHT |
| ) | (WO) |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS and KILBY ) | |
| CORRECTIONAL FACILITY, ) | |
| ) | |
|    Defendants. ) | |

### ORDER

Pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that:

(1) Plaintiff's motion to dismiss without costs (doc. no. 4) is granted.

(2) This lawsuit is dismissed in its entirety without prejudice and with no costs taxed.

This case is closed.

DONE, this the 21st day of September, 2016.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**